1  ERIC MECKLEY (SBN 168181)
   MORGAN, LEWIS & BOCKIUS LLP
2  One Market Street
   San Francisco, CA  94105
3  Tel.:  415.442.1000
   Fax:  415.442.1001
4
   CLIFFORD D. SETHNESS (SBN 212975)
5  JASON M. STEELE (SBN 223189)
   MORGAN, LEWIS & BOCKIUS LLP
6  300 South Grand Avenue
   Twenty-Second Floor
7  Los Angeles, CA  90071-3132
   Tel.:  213.612.2500
8  Fax:  213.612.2501

9  *Attorneys for Defendant*
   PACIFIC MARITIME ASSOCIATION
10

11                      UNITED STATES DISTRICT COURT
12                     NORTHERN DISTRICT OF CALIFORNIA
13

| | |
|---|---|
| INTERNATIONAL LONGSHORE AND WAREHOUSE UNION, LOCAL 10,<br><br>Plaintiff,<br><br>vs.<br><br>PACIFIC MARITIME ASSOCIATION AND PORTS OF AMERICA GROUP,<br><br>Defendants. | Case No. CV 11-0628 PJH<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER ENFORCING ARBITRATION AWARD AND DISMISSING ACTION** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/22320241.1

STIPULATION AND PROPOSED ORDER
Case No. CV 11-0628 PJH

# STIPULATION

Plaintiff International Longshore and Warehouse Union ("Plaintiff" or "ILWU") and Defendants Pacific Maritime Association ("PMA") and Ports of America Group ("PAG") (together as "Defendants"), through their counsel of record, hereby stipulate as follows:

This is an action to confirm and enforce a joint committee ruling under a collective bargaining agreement pursuant to Section 301 of the Labor Management Relations Act of 1947. Plaintiff and Defendants agree that the Joint Coast Labor Relations Committee ("JCLRC") ruling issued on September 9, 2010 (attached hereto as Exhibit A) should be confirmed and enforced, and that this action should be dismissed with prejudice.

Dated: April 6, 2011            LEONARD CARDER LLP

                                By      /s/
                                Jacob Rukeyser
                                Attorneys for Plaintiff
                                INTERNATIONAL LONGSHORE AND
                                WAREHOUSE UNION

Dated: April 6, 2011            MORGAN, LEWIS & BOCKIUS LLP

                                By      /s/
                                Eric Meckley
                                Attorneys for Defendant
                                PACIFIC MARITIME ASSOCIATION

Dated: April 6, 2011            EPSTEIN BECKER GREEN

                                By      /s/
                                Steven R. Blackburn
                                Attorneys for Defendant
                                PORTS AMERICA GROUP

Morgan, Lewis &
Bockius LLP
Attorneys At Law
San Francisco

1

STIPULATION AND PROPOSED ORDER
Case No. CV 11-0628 PJH

**ORDER**

Based on the foregoing stipulation of the parties, the Court orders that the JCLRC ruling dated September 9, 2010 (attached hereto as Exhibit A) is hereby CONFIRMED and ENFORCED. This action is DISMISSED with prejudice.

Dated: 4/8/11

_____
Hon. Phyllis J. Hamilton
U.S. District Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

# EXHIBIT A

## MINUTES OF THE MEETING OF THE
## COAST LABOR RELATIONS COMMITTEE

Meeting No. 13-10

Time/Date: Thursday, September 9, 2010 – 10:00 a.m.

Place: International Longshore and Warehouse Union
1188 Franklin Street, Fourth Floor
San Francisco, CA 94109

Present:   For the Union                    For the Employers

R. Ortiz, Jr.                    J. Rosselle
L. Sundet                         B. Stephens
                                  D. DelConte
                                  R. Forrest
                                  P. Bennett
                                  L. Bennett
                                  J. Ochs
                                  S. Hennessey
                                  R. Marzano

Also Present:  K. Donovan

### General

### New:



CLRC Meeting No. 13-10
September 9, 2010
Page 10 of 25



37. <u>SC-50-10</u> – Union Complaint – Kevin Morris (#130114) – Reinstatement and be granted ADA accommodation to wear a respirator mask due to health reasons while fueling equipment [*Employers Held Over – CLRC #6-10, Item 1(h)*] – Los Angeles/Long Beach (Local 13)

The Committee noted that it had reached agreement in a previous special ADA meeting that Mr. Morris will be reasonably accommodated by his steady employer by being allowed to wear a respirator mask when fueling. The Committee also had agreed that Mr. Morris be reinstated as a steady gearman. Should there be a JPLRC dispute over back-pay, that issue is to be referred to the CLRC for resolution.

Left unresolved was the issue of whether or not the direct employer is required to provide the respirator mask.

Item held over by the Union.



CLRC Meeting No. 13-10
September 9, 2010
Page 25 of 25

[redacted]

Date Signed: 11/19/10

Date Signed: 11/19/10

For the Union:

For the Employers: